

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00394-CV

SAMSUNG AUSTIN
SEMICONDUCTOR, LLC

APPELLANT

V.

INTEGRATED AIRLINE SERVICES
AND IAS LOGISTICS DFW, LLC

APPELLEES

------------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 096-260933-12

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Each party shall bear its own costs, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: June 4, 2015